**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MD 20770-4510
TEL: (301) 344-0600
FAX: (301)344-0019

**JAMES WYDA**
FEDERAL PUBLIC DEFENDER

**DOUGLAS R. MILLER**
ASSISTANT FEDERAL PUBLIC DEFENDER

June 28, 2021

<u>**Via ECF**</u>

The Honorable Paul W. Grimm
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   *United States v. Johnnie Currie*, Crim. No. PWG-20-0262:
Summary of Expected Motions Hearing Testimony

Dear Judge Grimm:

As requested by the Court, I write to provide a summary of expected testimony from witnesses I may call at the July 2, 2021 9:00 AM motions hearing.

Federal Public Defender Staff Investigator Kim Whaley will testify regarding her observations of the area surrounding the former Enterprise Car Rental location where Mr. Currie was questioned by police on February 20, 2020 and is alleged to have made statements.  She will also authenticate photographs of that location.  This direct examination will likely take 15 minutes or less.

The defense reserves the right to call Mr. Currie in the event government witnesses testify inconsistently with his recollection of events.  This direct examination would likely take 30 minutes or less.

I thank the Court for its review of this submission.

Sincerely,

_/s/_
Douglas R. Miller
Assistant Federal Public Defender

Cc:   All Counsel of Record (via ECF)